# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JAMES F GORMAN** | |
| *Plaintiff* | Civil Action No.: |
| v. | 1:25-CV-12869-MJJ |
| **TOWN OF EDGARTOWN, ET AL.** | |
| *Defendant* | |

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT
DISTRICT OF MASS.
2026 MAR 24  PM 2:31

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ROBERT M. FARRELL

*CLERK OF COURT*

/s/ — Sophie **Phillips**

*Signature of Clerk or Deputy Clerk*

ISSUED ON **2026-01-22 14:39:00**, Clerk USDC DMA

Civil Action No.: 1:25-CV-12869-MJJ

## PROOF OF SERVICE



**Dukes County Sheriff's Office**
**Dukes, SS**

**9 Flight Path, Vineyard Haven MA  02568   Telephone (508) 627-3511**

I hereby certify and return that on 2/4/2026 at 9:19 AM I served a true and attested copy of the Summons In A Civil Action and Plaintiff's Amended Complaint in this action in the following manner: To wit, by delivering in hand to, Charles Sennott, Person in Charge at the time of service for The Marthas Vineyard Times at 34 Beach Road Vineyard Haven, MA 02568 Attest (1 copy) ($5.00) Basic Service Fee ($30.00) Conveyance ($3.00) Return & Mailing ($3.60) Travel ($6.40) Total: $48.00

_/. Daley_

**Administrative Deputy Tresha Grant-Daley**

**Administrative Deputy**

_____ _____ _____

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

_____                    _____
Date                                                         _Server's Signature_

                                                             _____
                                                             _Printed name and title_

                                                             _____
                                                             _Server's Address_

Additional information regarding attempted service, etc: