UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 1:25-cv-12869

| | |
|---|---|
| JOHN F. GORMAN, IV,<br>　　　Plaintiff,<br><br>　　　v.<br><br>TOWN OF TISBURY; OFFICER PATRICK<br>SOUZA in his individual capacity;<br>SERGEANT EDWARD ST. PIERRE in his<br>individual capacity; JOHN DOES I, II, III, IV,<br>in their individual capacities; MARTHA'S<br>VINEYARD TIMES; CHIEF BRUCE<br>MCNAMEE in his individual capacity,<br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Patrick T. Ciapciak hereby enters his appearance on behalf of Defendants, Town of Tisbury, Officer Patrick Souza, and Sergeant Edward St. Pierre in this matter.

Respectfully submitted,
The Defendants,
TOWN OF TISBURY, OFFICER JOHN SOUZA
and SARGEANT. EDWARD ST. PIERRE,
By their attorneys,
**PIERCE DAVIS & PERRITANO LLP**

/s/ *Patrick T. Ciapciak*
Patrick T. Ciapciak, BBO No. 705221
10 Post Office Square, 1100N
Boston, MA 02109
pciapciak@piercedavis.com
(617) 350-0950

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 25th day of March 2026.

/s/ *Patrick T. Ciapciak*
Patrick T. Ciapciak