UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES F. GORMAN, IV,<br>    *pro se Plaintiff*,<br><br>v.<br><br>TOWN OF TISBURY; OFFICER PATRICK SOUZA, in his individual capacity; SERGEANT EDWARD ST. PIERRE, in his individual capacity, JOHN DOES I, II, III, IV, in their individual capacities, MARTHA'S VINEYARD TIMES; and CHIEF BRUCE McNAMEE, in his individual capacity,<br>    *Defendants*. | C.A. No. 1:25-cv-12869-MJJ |

**ASSENTED TO JOINT MOTION
FOR LEAVE TO EXTEND TIME FOR THE TISBURY DEFENDANTS AND
CHIEF McNAMEE TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Defendants, Town of Tisbury, Officer Patrick Souza, Sergeant Edward St Pierre (collectively, the "Tisbury Defendants"), and Chief Bruce McNamee ("Chief McNamee") hereby move pursuant to Fed. R. Civ. P. 6(b)(1), for leave to extend the time within which they must file answers or otherwise respond to Plaintiff's Amended Complaint, up to and including April 13, 2026. As grounds therefor, the Tisbury Defendants and Chief McNamee state that their respective attorneys require additional time to investigate the allegations of Plaintiff's Amended Complaint and to prepare an appropriate response.  Plaintiff has assented to the proposed extension of time.

**WHEREFORE**, the Tisbury Defendants and Chief McNamee request that this Court extend the time within which they must file answers or otherwise respond to Plaintiff's Amended Complaint up to and including April 13, 2026.

Respectfully submitted,

| The Plaintiff, | The Defendant, |
|---|---|

/s/ James F. Gorman
James F. Gorman, *pro se*
375 Highland Street
Weston, MA 02493
(617) 899-2083
emeraldlogisticsma@gmail.com

CHIEF BRUCE McNAMEE,

By his Attorneys,

PIERCE DAVIS & PERRITANO LLP

/s/ Cole S. Fahrenkopf
Cole S. Fahrenkopf, BBO No. 710953
10 Post Office Square, Suite 1100N
Boston, MA 02109
(617) 350-0950
cfahrenkopf@piercedavis.com

The Tisbury Defendants,

TOWN OF TISBURY, OFFICER PATRICK
SOUZA, SERGEANT EDWARD ST. PIERRE,

By their Attorneys,

PIERCE DAVIS & PERRITANO LLP

/s/ Matthew J. Hamel
Matthew J. Hamel, BBO No. 706146
Patrick Ciapciak, BBO No. 705221
10 Post Office Square, Suite 1100N
Boston, MA 02109
(617) 350-0950
mhamel@piercedavis.com
pciapciak@piercedavis.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on March 30, 2026.

/s/ Cole S. Fahrenkopf
Cole S. Fahrenkopf, Esq.

2