UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES F. GORMAN, IV,<br>    *pro se Plaintiff*,<br><br>v.<br><br>TOWN OF TISBURY; OFFICER PATRICK SOUZA, in his individual capacity; SERGEANT EDWARD ST. PIERRE, in his individual capacity, JOHN DOES I, II, III, IV, in their individual capacities, MARTHA'S VINEYARD TIMES; and CHIEF BRUCE McNAMEE, in his individual capacity,<br>    *Defendants*. | C.A. No. 1:25-cv-12869-MJJ |

## CHIEF McNAMEE'S MOTION TO DISMISS GORMAN'S AMENDED COMPLAINT

NOW COMES the Defendant, Chief Bruce McNamee ("Chief McNamee"_ and respectfully moves this Honorable Court, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss the sole count in the Amended Complaint alleged against him. In support thereof, Chief McNamee states as follows:

a. Chief McNamee's statements were true, such that, Gorman's defamation claim against him fails.

b. Chief McNamee's statements were conditionally privileged as they were made in the course of his official duties, and therefore Gorman's defamation claim fails.

**WHEREFORE**, the Defendant, Chief Bruce McNamee hereby requests that this Honorable Court dismiss Plaintiff's Amended Complaint as to Chief McNamee, pursuant to Fed. R. Civ. P. 12(b)(6) and enter judgment in Chief McNamee's favor and grant any other such relief as this Court deems reasonable and just.

Chief McNamee further relies upon his Memorandum of Law, which is filed contemporaneously with this Motion.

Respectfully submitted,

The Defendant,

CHIEF BRUCE McNAMEE,

By his Attorneys,

PIERCE DAVIS & PERRITANO LLP

*/s/ Cole S. Fahrenkopf*
Cole S. Fahrenkopf, BBO No. 710953
10 Post Office Square, Suite 1100N
Boston, MA 02109
(617) 350-0950
cfahrenkopf@piercedavis.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on April 15, 2026.

*/s/ Cole S. Fahrenkopf*
Cole S. Fahrenkopf, Esq.

## LOCAL RULE 7.1 CERTIFICATION

Counsel for Chief McNamee hereby certifies that, pursuant to Local Rule 7.1(a)(2), on April 14, 2026, he conferred via telephone with the *pro se* plaintiff, in a good faith effort to narrow the issues raised herein.

*/s/ Cole S. Fahrenkopf*
Cole S. Fahrenkopf, Esq.

2