Civil Action No.:  **1:25–CV–12869–MJJ**

### PROOF OF SERVICE

**Dukes County Sheriff's Office**    9 Flight Path, Vineyard Haven MA  02568   Telephone (508) 627-3511
**Dukes, SS**

**I hereby certify and return that on 4/7/2026 at 9:30 AM I served a true and attested copy of the Summons in a Civil Action, Plantiff's Amended Complaint, Jury Demand and Certificate of Service in this action in the following manner: To wit, by delivering in hand to, Hayley Duffy, news editor/reporter and Person in Charge at the time of service for The Marthas Vineyard Times ATTN Charles M. Sennott at 34 Beach Road Vineyard Haven, MA 02568 Attest (1 copy) ($5.00) Basic Service Fee ($30.00) Conveyance ($3.00) Return & Mailing ($3.50) Travel ($6.50) Total: $48.00**

**Administrative Deputy Dayana Dos Santos**                                    **Administrative Deputy**

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

_____                            _____
Date                                                          _Server's Signature_

                                                           _____
                                                            _Printed name and title_

                                                           _____
                                                            _Server's Address_

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

FILED

2026 APR 15 AM 9:59

U.S. DISTRICT OF MASS.

| | |
|---|---|
| **JAMES F GORMAN** | |
| *Plaintiff* | |
| | Civil Action No.: |
| v. | **1:25–CV–12869–MJJ** |
| **TOWN OF EDGARTOWN, ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**Martha's Vineyard Times**
**30 Beach Road**
**Vineyard Haven, MA 02568**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**James F. Gorman, IV, Pro Se**
**375 Highland Street**
**Weston, MA 02493**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**

*CLERK OF COURT*

**/s/ – Sophie Phillips**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2026–01–22 14:39:00,** Clerk USDC DMA