UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JAMES F. GORMAN, IV, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | C.A. No. 25-cv-12869-MJJ |
| TOWN OF TISBURY; OFFICER PATRICK SOUZA, in his individual capacity; SERGEANT EDWARD ST. PIERRE, in his individual capacity, JOHN DOES I, II, III, IV, in their individual capacities, MARTHA'S VINEYARD TIMES; and CHIEF BRUCE McNAMEE, in his individual capacity, | ) | |
| Defendants. | ) | |

**ASSENTED-TO MOTION OF MV TIMES NEWS CORP.
TO EXTEND TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

MV Times News Corp., which is incorrectly named as "Martha's Vineyard Times" in the Plaintiff's Amended Complaint, files this assented-to motion to extend its time to respond to Plaintiff's Amended Complaint to May 11, 2026. In support of this motion, MV Times News Corp. states as follows.

1.    A return of service filed with this Court indicates that the "Martha's Vineyard Times" was served at 34 Beach Road, Vineyard Haven, Massachusetts on April 7, 2026. Accordingly, MV Times News Corp. currently has until April 28, 2026 to file a response.

2.    Counsel for MV Times News Corp. requires additional time to prepare the company's response to Plaintiff's Amended Complaint. It therefore requests that the Court

extend its time to respond to Plaintiff's Amended Complaint by an additional 13 days, to May 11, 2026. Plaintiff has assented to the relief requested in this motion.

WHEREFORE, MV Times News Corp. respectfully requests that its time to respond to Plaintiff's complaint be extended to May 11, 2026.

Respectfully Submitted,

MV TIMES NEWS CORP.,

By its attorney,

/s/  *Jeffrey J. Pyle*
Jeffrey J. Pyle, BBO #647438
jpyle@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Phone: (617) 456-8000
Fax: (617) 456-8100

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on April 27, 2026.

/s/ *Jeffrey J. Pyle*
Jeffrey J. Pyle

#6218152v1