UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAMES F. GORMAN, IV, <br><br> Plaintiff, <br><br> v. <br><br> TOWN OF TISBURY; OFFICER PATRICK SOUZA in his individual capacity; SERGEANT EDWARD ST. PIERRE in his individual capacity; JOHN DOES I, II, III, IV, in their individual capacities; MARTHA'S VINEYARD TIMES; CHIEF BRUCE MCNAMEE in his individual capacity, <br><br> Defendants. | C.A. NO. 1:25-cv-12869 |

**PLAINTIFF'S SECOND ASSENTED TO MOTION TO EXTEND TIME TO RESPOND
TO DEFENDANTS' MOTIONS TO DISMISS**

Plaintiff James F. Gorman IV ("Plaintiff" or "Gorman"), proceeding *pro se*, respectfully moves this Honorable Court for an extension of time to and through the end of the day on May 18, 2026 to respond to the motions to dismiss filed by the Town of Tisbury ("Tisbury") and Tisbury Police Officers Patrick Souza ("Ofc. Souza") and Sgt. Edward St. Pierre ("Sgt. St. Pierre") (collectively, the "Tisbury Defendants") and by Bruce McNamee ("Chief McNamee"). In support of this Motion, Plaintiff states as follows:

1.      Plaintiff filed his Second Amended Complaint on January 16, 2026. Doc. No. 22.

2.      On March 30, 2026, the Tisbury Defendants and Chief McNamee sought and this Court granted a two week extension of time to respond to Plaintiff's Second Amended Complaint. Doc. Nos. 32, 33.

1

3.      The Tisbury Defendants filed a partial motion to dismiss on April 13, 2026. Doc. Nos. 34, 35. Chief McNamee filed a motion to dismiss the sole count against him on April 15, 2026. Doc Nos. 36, 37.

4.      On April 27, Plaintiff sought, and this Court granted, an extension of time to respond to the Tisbury Defendants and McNamee's motions to dismiss. Doc. Nos. 41, 42. Plaintiff's oppositions are currently due May 11.

5.      Plaintiff now requests an additional one week extension of time until May 18 to respond to the respective motions to dismiss.

6.      The additional time will allow Plaintiff to receive assistance from the Boston College Federal Court Clinic with preparing his responses to the respective motions to dismiss.

7.      Plaintiff has conferred with counsel for the Tisbury Defendants and counsel for Chief McNamee, and each assent to the proposed extension of time.

WHEREFORE, Plaintiff respectfully requests that this Court extend the deadline for Plaintiff to respond to the Tisbury Defendants' motion to dismiss and Chief McNamee's motion to dismiss through the end of the day on May 18, 2026.


Dated:       May 7, 2026                           Respectfully submitted,
                                                   JAMES F. GORMAN IV, *Pro Se*

                                                   */s/ James F. Gorman IV*
                                                   James F. Gorman IV
                                                   375 Highland Street
                                                   Weston, MA 02493
                                                   Phone: 617-899-2083
                                                   Email:
                                                   emeraldlogisticsma@gmail.com


2

**<u>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1</u>**

I, James F. Gorman, IV, hereby certify that on May 7, 2026, the parties conferred and that counsel for the Defendants assent to the relief requested by this motion.

Dated:        May 7,  2026

Respectfully submitted,
JAMES F. GORMAN IV, *Pro Se*

*<u>/s/ James F. Gorman IV</u>*
James F. Gorman IV
375 Highland Street
Weston, MA 02493
Phone: 617-899-2083
Email:
emeraldlogisticsma@gmail.com

**<u>CERTIFICATE OF SERVICE</u>**

I, James F. Gorman, IV, hereby certify that on May 7, 2026, I filed the above Motion by uploading it to CM/ECF. Once uploaded to CM/ECF, the document will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants.

Dated:        May 7,  2026

Respectfully submitted,
JAMES F. GORMAN IV, *Pro Se*

*/s/ James F. Gorman IV*
James F. Gorman IV
375 Highland Street
Weston, MA 02493
Phone: 617-899-2083
Email:
emeraldlogisticsma@gmail.com