UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JAMES F. GORMAN, IV, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 25-cv-12869-MJJ |
| TOWN OF TISBURY; OFFICER PATRICK | ) | |
| SOUZA, in his individual capacity; | ) | |
| SERGEANT EDWARD ST. PIERRE, | ) | |
| in his individual capacity, JOHN DOES I, II, III, | ) | |
| IV, in their individual capacities, | ) | |
| MARTHA'S VINEYARD TIMES; and | ) | |
| CHIEF BRUCE McNAMEE, | ) | |
| in his individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MOTION TO DISMISS OF MV TIMES CORPORATION**

MV Times Corporation, former owner of the *Martha's Vineyard Times* newspaper,

submits this motion to dismiss Plaintiff James F. Gorman, IV's claim for defamation set forth in

Count V of the Amended Complaint (Doc. 21). The allegedly defamatory article at issue is

protected from defamation liability by the fair report privilege established under Massachusetts

common law, which shields the news media from defamation liability where it publishes fair and

accurate reports of official statements.

#6240008v1

In support of this motion, MV Times Corporation submits the accompanying

Memorandum of Law and Affidavit of Jeffrey J. Pyle.

> MV TIMES CORP.,
>
> By its attorney,
>
> /s/ *Jeffrey J. Pyle*
> Jeffrey J. Pyle, BBO #647438
> jpyle@princelobel.com
> PRINCE LOBEL TYE LLP
> One International Place, Suite 3700
> Boston, MA 02110
> Phone: (617) 456-8000
> Fax: (617) 456-8100

### CERTIFICACTION PURSUANT TO LOCAL RULE 7.1

I, Jeffrey J. Pyle, hereby certify that on Wednesday, May 6, I conferred with Plaintiff James F. Gorman, IV in a good faith attempt to resolve or narrow the issues presented in this motion.

> /s/ *Jeffey J. Pyle*
> Jeffrey J. Pyle

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on May 11, 2026.

> /s/ *Jeffrey J. Pyle*
> Jeffrey J. Pyle

#6240008v1